FILED
08 JUL 15 PM 3:46
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MMC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV 08 3412

Norvel R. Wright
                Plaintiff,
vs.
Secretary of Defense
Robert Gates
Department of Defense
Agency
                Defendant(s).

EEOC No. 550-2008-00031X

CASE NO. YM-07-0014

EMPLOYMENT DISCRIMINATION COMPLAINT

1. Plaintiff resides at:
   Address  185 Mount Hamilton Dr.
   City, State & Zip Code  Tracy, CA 95376
   Phone  (209) 835-9530

2. Defendant is located at:  DCMA Northern California
   Address  P.O. Box 232 / 700 E. Roth rd B330
   City, State & Zip Code  French Camp, CA 95231-0232

3. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is conferred on this Court by 42 U.S.C. Section 2000e-5. Equitable and other relief is sought under 42 U.S.C. Section 2000e-5(g).

4. The acts complained of in this suit concern:

   a. ___ Failure to employ me.

   b. ___ Termination of my employment.

Form-Intake 2 (Rev. 4/05)                    - 1 -

    c. ✓ Failure to promote me.

    d. ✓ Other acts as specified below.

_Verbal Abuse, Retaliation / reprisal and Racism_

5. Defendant's conduct is discriminatory with respect to the following:

    a. ✓ My race or color.

    b. ___ My religion.

    c. ___ My sex.

    d. ___ My national origin.

    e. ✓ Other as specified below.

6. The basic facts surrounding my claim of discrimination are:

_Detail written documentation_

7. The alleged discrimination occurred on or about __2003 / 2008__

    (DATE)

8. I filed charges with the Federal Equal Employment Opportunity Commission (or the California Department of Fair Employment and Housing) regarding defendant's alleged

Form-Intake 2 (Rev. 4/05)    - 2 -

1 | discriminatory conduct on or about _____2006_____.
2 | (DATE)
3 | 9.  The Equal Employment Opportunity Commission issued a Notice-of-Right-to-Sue letter
4 | (copy attached), which was received by me on or about _April 28, 2008_
5 | (DATE)
6 | 10. Plaintiff hereby demands a jury for all claims for which a jury is permitted:
7 | Yes ____   No ✓____
8 | 11. WHEREFORE, plaintiff prays that the Court grant such relief as may be appropriate,
9 | including injunctive orders, damages, costs, and attorney fees.
10 |
11 | DATED: _July 14, 2008_    _Norvel R. Wright_ (signature)
12 | SIGNATURE OF PLAINTIFF
13 |
14 | (PLEASE NOTE: NOTARIZATION    Norvel R. Wright
15 | IS NOT REQUIRED.)    PLAINTIFF'S NAME
16 | (Printed or Typed)
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

Form-Intake 2 (Rev. 4/05)      - 3 -



**DEFENSE CONTRACT MANAGEMENT AGENCY**
6350 WALKER LANE, SUITE 300
ALEXANDRIA, VIRGINIA 22310-3241

IN REPLY
REFER TO  DCMA-DSO

April 23, 2008

Mr. Norvel R. Wright
185 Mount Hamilton Drive
Tracy, CA 95376

Dear Mr. Wright:

This is the final order of the Defense Contract Management Agency (DCMA) on Case Number YM-07-0014, your complaint of employment discrimination. This final order is issued pursuant to Title 29 of the Code of Federal Regulations (CFR) § 1614.110(a).

You exercised your right to have this complaint heard before an Administrative Judge appointed by the U.S. Equal Employment Opportunity Commission (EEOC). The case was docketed, EEOC case number 550-2008-00031X. On January 17, 2008, the agency representative at hearing filed MOTION FOR SUMMARY JUDGEMENT. Your representative filed a REBUTTAL OF AGENCY'S MOTION FOR SUMMARY JUDGEMENT on February 28, 2008. On March 31, 2008, the assigned EEOC Administrative Judge forwarded a DECISION PURSUANT TO 29 CFR § 1614.109(g). The decision finds that the standards for issuance of decision without a hearing were met and discussed the selections at issue in detail, as well as the claim involving manipulation of the selection process. The decision finds that "the Complainant has failed to raise a genuine issue of material fact that the Agency discriminated against him on the basis o[f] race, color, or prior EEO activity when he was not promoted to a GS-1101-13 ACO position based on accretion of duties, or when he was denied the opportunity to compete for the two GS-1101-13 positions." A copy of the EEOC Administrative Judge's decision was provided to you at that time and an additional copy is attached.

It is the final order of the DCMA to adopt and fully implement the EEOC Administrative Judge's decision in this case. No corrective action is required or authorized. It appears from the record that you were not represented by an attorney at any time in the processing of this case, and, in any event, you are not a prevailing party, so you are not entitled to recovery of damages, legal fees, or costs.

This is the final order of the DCMA on the substantive issues in this complaint, the corrective action relating thereto, and on the question of your entitlement to legal fees and costs or compensatory damages. In accordance with EEOC regulation

29 CFR §§ 1614.401 and 402, the final order of the Agency in this matter may be appealed to EEOC within 30 days of your receipt of this final order.

Appeals to the EEOC should be forwarded to:

U.S. Equal Employment Opportunity Commission
Office of Federal Operations
P.O. Box 19848
Washington, DC 20036

Appeals to the EEOC may be personally delivered to the EEOC, Office of Federal Operations, 1801 L Street, NW, Washington, DC 20507, or sent by facsimile [(202) 663-7022]. You should use or at least enclose EEOC Form 573, Notice of Appeal/ Petition, which is also attached, and you should indicate what matter you are appealing.

If you elect to file an appeal with the EEOC, you are required to furnish a copy of the appeal to the undersigned:

Defense Contract Management Agency
ATTN: DCMA-DSO [C. J. Miller]
6350 Walker Lane, Suite 300
Alexandria, VA 22310-3241

In or attached to the appeal, you must certify the date and method by which service was made on the Agency.

If you do not file an appeal within the 30-day time limit, the appeal will be untimely and shall be subject to dismissal by the EEOC.

If you elect to file an appeal with the EEOC, any statement or brief in support of the appeal must be submitted to the EEOC, with a copy to the undersigned, within 30 calendar days of filing the Notice of Appeal. The EEOC Office of Federal Operations will accept briefs or statements in support of an appeal by facsimile transmission [(202) 663-7022], provided they are no more than 10 pages long.

In lieu of an appeal to the EEOC, you may file a civil action in an appropriate U.S. District Court within 90 calendar days of your receipt of this decision.

If an appeal to the EEOC is filed, a civil action may be filed in a U.S. District Court within 90 calendar days of receipt of the EEOC's final decision. A civil action may be filed any time after 180 calendar days of filing an appeal to the EEOC if there has been no final decision by the EEOC.

If a civil action is filed, and you wish to assert that you do not have or are unable to obtain the services of a lawyer, the court may be requested to appoint a lawyer to represent you in connection with the complaint. In such circumstances as the court may deem just, the court may appoint a lawyer and may authorize the commencement of the action without the payment of fees, costs, or security. Any such request must be made within the 90-day time limit for filing suit referenced above and must be submitted in such form and manner as the court may require.

If a civil action is filed, the appropriate department or agency head, as well as his/her official title, must be named as the defendant. Failure to name the head of the department or agency and his/her official title may result in the loss of any judicial redress to which you may be entitled. DCMA is a component of the Department of Defense (DoD). DoD has determined that the Honorable Robert M. Gates, Secretary of Defense, shall be named as the defendant in any civil action filed against a DoD component.

Sincerely,

CHARLES J. MILLER
Director, Equal Employment Opportunity

Attachments

cc: (w/o Attachments)
Ms. Terri B. Brodie
Mr. J. Gandara
DCMA-GC