FILED
08 JUL 15 PM 3:46
RICHARD W. WIEKING
U.S. DISTRICT COURT
N.D. OF CALIFORNIA

MMC

# CV 08 3412

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Norvel R. Wright )   EEOC No. 550-2008-00031X
            Plaintiff, )   Agency No.
                       )   CASE NO. YM-07-0014
vs. Secretary of ~~Study Before~~ )
Robert Gates )   **APPLICATION TO PROCEED**
Department of Defense )   **IN FORMA PAUPERIS**
Agency )
            Defendant. )

I, Norvel R. Wright, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?          Yes ✓  No ___

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: $7,633.00     Net: $3,334.00
Employer: Department of Defense
DCMA-NC

If the answer is "no," state the date of last employment and the amount of the gross and net salary

Form-Intake 3 (Rev. 4/05)          - 1 -

1 of 5

1  and wages per month which you received.

2  _____

3  _____

4  _____

5  2.    Have you received, within the past twelve (12) months, any money from any of the

6  following sources:

7     a.    Business, Profession or              Yes ____  No X

8           self employment?

9     b.    Income from stocks, bonds,           Yes ____  No X

10          or royalties?

11    c.    Rent payments?                       Yes ____  No X

12    d.    Pensions, annuities, or              Yes ____  No X

13          life insurance payments?

14    e.    Federal or State welfare payments,   Yes ____  No X

15          Social Security or other govern-

16          ment source?

17 If the answer is "yes" to any of the above, describe each source of money and state the amount

18 received from each.

19 _____

20 _____

21 3.    Are you married?                        Yes ____  No X

22 Spouse's Full Name: _____N/A_____

23 Spouse's Place of Employment: ___N/A_____

24 Spouse's Monthly Salary, Wages or Income:

25 Gross $_____  Net $_____

26 4.    a.   List amount you contribute to your spouse's support:$ __N/A__

27       b.   List the persons other than your spouse who are dependent upon you for support

28            and indicate how much you contribute toward their support. (NOTE: For minor

Form-Intake 3 (Rev. 4/05)        - 2 -

2 of 5

1 | children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)
2 | _S.W. 16_    _N.W. 10_    _D.W. 6_
3 | _$1,930.00_    _C.Q. 14 $300.00 MO._
4 | 5. Do you own or are you buying a home?    Yes ___ No ✓
5 | Estimated Market Value: $_____ Amount of Mortgage: $_____
6 | 6. Do you own an automobile?    Yes ✓ No ___
7 | Make _Kia_    Year _2004_    Model _Spectra_
8 | Is it financed? Yes ✓ No ____ If so, Total due: $ _$2,300.00_
9 | Monthly Payment: $ _325.00_
10 | 7. Do you have a bank account? Yes ✓ No ____ (Do not include account numbers.)
11 | Name(s) and address(es) of bank: _Savings account_
12 | _Meriwest Credit Union 1 North 1st. st San Jose CA_
13 | Present balance(s): $ _260.00_
14 | Do you own any cash? Yes ___ No ✓ Amount: $ _____
15 | Do you have any other assets? (If "yes," provide a description of each asset and its estimated
16 | market value.)    Yes ___ No ✓
17 | _Government TSP retirement_
18 | 8. What are your monthly expenses?    (see attachment)
19 | Rent: $ _1,500.00_    Utilities: _300.00_
20 | Food: $ _1,151.00_    Clothing: _____
21 | Charge Accounts:
22 | Name of Account    Monthly Payment    Total Owed on This Account
23 | _N/A_    $ _____    $ _____
24 | _N/A_    $ _____    $ _____
25 | _____    $ _____    $ _____
26 | 9. Do you have any other debts?. (List current obligations, indicating amounts and to whom
27 | they are payable. Do not include account numbers.)
28 | _(see attachment)_

Form-Intake 3 (Rev. 4/05)    - 3 -

Norvel R. Wright
185 Mt. Hamilton dr.
Tracy, Ca. 95376
July 9, 2008

Monthly Expenses:

1) Rent $1,500.00
2) Utilities (PG&E, Water, Phone) $175.00  Minimum
3) Car Payment $315.00
4) Operating Cost $400.00 (kids every weekend Tracy to San Jose two trips)
5) Health Insurance $433.00
6) Court Order Child Support $1,500.00
7) Taxes $1,578.00
8) Food, Clothing, Misc. $1,375.00
9) Out of Pocket Health Care Cost $325.00 ( NW jar. has ADHD, and DW has Spinal Bivia, many medical apt)

Norvel R. Wright

4 of 5

1
2  10.   Does the complaint which you are seeking to file raise claims that have been presented in
3  other lawsuits?   Yes ___ No ✓  ~~Do not know~~ NW
4  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
5  which they were filed.
6
7
8  I declare under the penalty of perjury that the foregoing is true and correct and understand that a
9  false statement herein may result in the dismissal of my claims.
10
11  _7/9/08_                         _Norval R. Wright_
12      DATE                          SIGNATURE OF APPLICANT

Form-Intake 3 (Rev. 4/05)                    - 4 -