Norvel R. Wright
185 Mount Hamilton Dr.
Tracy, CA. 95376
July 22, 2008

*RECEIVED*
*08 JUL 23 PM 1: 41*
*RICHARD W. WIEKING*
*CLERK, U.S. DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

Subject: Case # C-08-3412 MMC, Order Directing Plaintiff to Show Cause Why Action Should Not be Dismissed or Transferred to the Eastern District of California.

Case # CV08-03412 MMC

Office of the Clerk, U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

Attn: Mr. Richard W. Wieking, Clerk


Dear Sir, I accept the court's direction to transfer case to the Eastern District of California.

Sincerely

Norvel R. Wright

**FILED**

JUL 1 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

#4

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORVEL R. WRIGHT,<br><br>    Plaintiff,<br><br>v.<br><br>ROBERT GATES, SECRETARY OF DEFENSE,<br><br>    Defendant | No. C-08-3412 MMC<br><br>**ORDER DIRECTING PLAINTIFF TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED OR TRANSFERRED TO THE EASTERN DISTRICT OF CALIFORNIA** |

    Before the Court is plaintiff's complaint, filed July 15, 2008. In his complaint, plaintiff alleges that his employer, the Department of Defense, has subjected him to discrimination by failing to promote him, as well as by engaging in "verbal abuse, retaliation/reprisal and racism." According to the complaint, plaintiff works for defendant at a location in French Camp, California, and lives in Tracy, California. Both French Camp and Tracy are located in San Joaquin County. San Joaquin County is located within the Eastern District of California. See 28 U.S.C. § 84(b).

    A civil action in which the defendant is an officer of the United States may "be brought in any judicial district in which (1) a defendant in the action resides, (2) a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) the plaintiff

resides if no real property is involved in the action." See 28 U.S.C. § 1391(e).

The Secretary of Defense, the only defendant named herein, does not reside in the Northern District of California. Further, as noted, plaintiff does not work in, or reside in, this District; rather, he works and resides in the Eastern District of California. Consequently, it appears venue is improper in this district. See id.

Accordingly, the Court hereby DIRECTS PLAINTIFF TO SHOW CAUSE, no later than August 8, 2008, and in writing not to exceed five pages in length, why the instant action should not be dismissed or, alternatively, transferred to the Eastern District of California. See 28 U.S.C. § 1406(a) (providing "district court of a district in which is filed a case laying venue in the wrong . . . district shall dismiss, or if it be in the interests of justice, transfer such case to any district . . . in which it could have been brought"); Costlow v. Weeks, 790 F. 2d 1486, 1488 (9th Cir. 1986) (holding district court has "authority to raise the issue of defective venue on its own motion).

**IT IS SO ORDERED.**

Dated: July 18, 2008

MAXINE M. CHESNEY
United States District Judge

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

NORVEL R. WRIGHT,

        Plaintiff,

v.

DEPARTMENT OF DEFENSE et al,

        Defendant.

Case Number: CV08-03412 MMC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 18, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Norvel R. Wright
185 Mount Hamilton Drive
Tracy, CA 95376

Dated: July 18, 2008

        Richard W. Wieking, Clerk

        *Tracy Lucero*

        By: Tracy Lucero, Deputy Clerk