IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NORVEL R. WRIGHT,

    Plaintiff,

  v.

ROBERT GATES, SECRETARY OF DEFENSE,

    Defendant
                                  /

No. C-08-3412 MMC

**ORDER TRANSFERRING ACTION TO EASTERN DISTRICT OF CALIFORNIA**

     By order filed July 18, 2008, the Court directed plaintiff to show cause why the instant action should not be dismissed or transferred to the Eastern District of California, pursuant to 28 U.S.C. § 1406(a). Before the Court is plaintiff's response, filed July 23, 2008, in which plaintiff does not argue venue is proper in the Northern District, and states he is not opposed to transfer to the Eastern District.

     Accordingly, for the reasons stated in the Court's order of July 18, 2008, the Court finds venue is not proper in this district. Further, the Court finds transfer to the Eastern District of California would be in the interests of justice, and, accordingly, the above-titled action is hereby TRANSFERRED to the United States District Court for the Eastern District of California.

     **IT IS SO ORDERED.**

Dated: July 29, 2008

                                                  MAXINE M. CHESNEY
                                                  United States District Judge